[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-11952

Non-Argument Calendar

_____

OTIS BLAXTON,

Plaintiff-Appellant,

*versus*

STATE OF FLORIDA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cv-02550-CEH-MRM

_____

2                          Opinion of the Court                     23-11952

Before JILL PRYOR, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because Otis Blaxton's notice of appeal, filed on June 9, 2023, was untimely to appeal from the district court's November 14, 2022 order dismissing his complaint and the May 7, 2023 order denying his motion requesting a new trial or amended judgment under Fed. R. Civ. P. 59. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010); Fed. R. App. P. 4(a)(1)(A); Fed. R. App. P. 4(a)(4)(A).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.